# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, D.A. NORKIN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**FELIX M. GONZALEZ**
**AVIATION STRUCTURAL MECHANIC SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300405**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 18 July 2013.
**Military Judge:** CDR Lewis T. Booker, Jr., JAGC, USN.
**Convening Authority:** Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR D.E. Rieke, JAGC, USN.
**For Appellant:** Capt Jason R. Wareham, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court